# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| JULIE GASCOIGNE,<br><br>                           Plaintiff,<br>vs.<br><br>PAUL GASCOIGNE and SANDY GASCOIGNE,<br><br>                           Defendants. | ORDER ADOPTING MAGISTRATE JUDGE'S ORDER<br><br><br>Case No. 2:09CV734 DAK |

       This matter is before the court on the Magistrate Judge's Report and Recommendation ("R&R"). which was entered on April 29, 2010. In the R&R, the Magistrate Judge recommended that Paul Gascoigne's Motion to Dismiss be granted and that Plaintiff's claims against him be dismissed with prejudice. The Magistrate Judge, however, declined to recommend an award of punitive sanctions.

       Plaintiff has not filed any Objection to the R&R, and the time for doing so has expired. Having carefully considered all the relevant documents under a *de novo* standard of review, the court agrees with the Magistrate Judge's recommendation in all respects.

       For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation dated April 29, 2010 is ADOPTED in its entirety. Paul Gascoigne's Motion to Dismiss is GRANTED, and Plaintiff's claims against him are DISMISSED with prejudice. The court, however, declines to award sanctions.

DATED this 1st day of June, 2010.

        BY THE COURT:

        _____
        DALE A. KIMBALL
        United States District Judge