# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| JULIE GASCOIGNE,<br><br>                       Plaintiff,<br>vs.<br><br>PAUL GASCOIGNE and SANDY GASCOIGNE,<br><br>                       Defendants. | ORDER ADOPTING MAGISTRATE JUDGE'S ORDER<br><br><br>Case No. 2:09CV734 DAK |

       This matter is before the court on the Magistrate Judge's Report and Recommendation ("R&R"), which was entered on June 8, 2010. In the R&R, the Magistrate Judge recommended that Plaintiff Julie Gascoigne's claims against Sandy Gascoigne be dismissed for failure to comply with the court's Order dated April 29, 2010.[1]

       Plaintiff has not objected to the R&R, and the time for doing so has expired. Having carefully considered all the relevant documents under a *de novo* standard of review, the court agrees with the Magistrate Judge's recommendation in all respects.

       For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation dated June 8, 2010 is ADOPTED in its entirety, and Plaintiff's claims against Sandy Gascoigne are DISMISSED. Because Plaintiff's claims against Paul Gascoigne were previously dismissed,[2] the Clerk of Court is directed to close this

---

   [1] *See* Docket No. 15.

   [2] *See* Docket Nos. 12, 14.

case.

DATED this 29th day of June, 2010.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge